✓ FILED ___ LODGED
___ RECEIVED ___ COPY

9 JUN 26 2017 9

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

United States of America CASE: 17-22333M

vs.

Jose Mendez-Vega

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Jose Mendez-Vega, was represented by counsel, Grace Goodman (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 04/17/2017. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/04/2017 |

As pronounced on 04/17/2017, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of ONE HUNDRED FIVE (105) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, April 17, 2017.

Defendant delivered on 5-19-17
to BSCC, Big Spring, Texas, by airlift,
bus, USM, or self-commitment.
John C. Oliver Senior Warden
Computation Clerk

Arresting Agency: TCA

Lynnette C. Kimmins
United States Magistrate Judge